**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6291**

———————

WALLACE MITCHELL,

Plaintiff - Appellant,

versus

K. WILLIAMS, Sergeant; CAPTAIN RUZICKA; ALTON
BARR, Officer; D. BROWN, Officer; HOWARD
BARKSDALE, Officer; D. DEMBY, Sergeant; DELAN-
VIEL EVANS, Sergeant; OFFICER KNIGHT; E.
NWOJI, Officer; R W. MANNING, Officer; DEREK
WHEELER, Officer; D. JOHNSON, Officer; OFFICER
TOWNSEND; EUGENE BURNS, Sergeant; OFFICER
MCMILLIAN, Property; W. TAYLOR, Officer, COII,

Defendants - Appellees,

and

B. TAYLOR, Officer in their personal and pro-
fessional capacity,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-97-
1915-L)

———————

Submitted: June 18, 1998          Decided: July 8, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wallace Mitchell, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Wendy Ann Kronmiller, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and order denying Appellant's motion for recusal. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mitchell v. Williams</u>, No. CA-97-1915-L (D. Md. Dec. 24, 1997; Feb. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2